UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITH WALLACE,

                    Petitioner,

  -against-

JAMES CONWAY, Superintendent,


                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4009 (FB)

     A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on April 26, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.


Dated: Brooklyn, New York
       April 26, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court